## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DAVID KOLBENSON                                     Case No.: 5-18-04189-MJC

PATRICIA KOLBENSON                                  Chapter 13

          Debtor(s)

---

NOTICE OF FINAL CURE PAYMENT

---

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORGAGE INFORMATION |
|---|---|
| Creditor Name: | SN SERVICING CORP |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 3649/PRE ARREARS/236 WINTERS AVE |
| Property Address if applicable: | 236 WINTERS AVE, , HAZLETON, PA18202 |

**PART 2:**  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $12,652.07 |
| b. | Prepetition arrearages paid by the Trustee: | $12,652.07 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $12,652.07 |

**PART 3:**  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  September 23, 2021              Respectfully submitted,

<u>s/ Jack N. Zaharopoulos</u>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: SN SERVICING CORP
Court Claim Number: 07

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1203583 | 06/06/2019 | $3,088.84 | $0.00 | $3088.84 |
| 5200 | 1204987 | 07/11/2019 | $490.05 | $0.00 | $490.05 |
| 5200 | 1206331 | 08/07/2019 | $490.05 | $0.00 | $490.05 |
| 5200 | 1207841 | 09/26/2019 | $513.22 | $0.00 | $513.22 |
| 5200 | 1208882 | 10/10/2019 | $491.11 | $0.00 | $491.11 |
| 5200 | 1210077 | 11/07/2019 | $498.95 | $0.00 | $498.95 |
| 5200 | 1214162 | 02/13/2020 | $153.05 | $0.00 | $153.05 |
| 5200 | 1215469 | 03/12/2020 | $551.30 | $0.00 | $551.30 |
| 5200 | 1216748 | 04/14/2020 | $531.80 | $0.00 | $531.80 |
| 5200 | 1217732 | 05/06/2020 | $531.80 | $0.00 | $531.80 |
| 5200 | 1219740 | 07/07/2020 | $1,063.62 | $0.00 | $1063.62 |
| 5200 | 1220786 | 08/12/2020 | $531.81 | $0.00 | $531.81 |
| 5200 | 1221846 | 09/17/2020 | $531.80 | $0.00 | $531.80 |
| 5200 | 1222828 | 10/15/2020 | $537.73 | $0.00 | $537.73 |
| 5200 | 1224611 | 12/10/2020 | $1,075.44 | $0.00 | $1075.44 |
| 5200 | 1226392 | 01/19/2021 | $537.72 | $0.00 | $537.72 |
| 5200 | 1227410 | 02/17/2021 | $537.71 | $0.00 | $537.71 |
| 5200 | 1228435 | 03/17/2021 | $496.06 | $0.00 | $496.06 |

Re:

DAVID KOLBENSON                          Case No.: 5-18-04189-MJC

PATRICIA KOLBENSON                       Chapter 13

        Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

ROGER MATTES, JR, ESQUIRE               SERVED ELECTRONICALLY
UPRIGHT LAW, LLC
324 NORTH WASHINGTON AVE
SCRANTON PA,  18503-1578


SN SERVICING                            SERVED BY 1ST CLASS MAIL
323 FIFTH ST
EUREKA, CA,  95501


DAVID KOLBENSON                         SERVED BY 1ST CLASS MAIL
PATRICIA KOLBENSON
236 WINTERS AVE
HAZLETON, PA  18202


I certify under penalty of perjury that the foregoing is true and correct.


Date: September 23, 2021                s/   Liz Joyce
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  info@pamd13trustee.com